1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN K. VINCENT
   S. ROBERT TICE-RASKIN
3  COURTNEY J. LINN
   Assistant U.S. Attorneys
4  501 "I" Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700

**FILED**

MAY 26 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>    11082 Coloma Road, Suite 8<br>    Rancho Cordova, CA | 2:06-SW-0033-GGH<br><br>EX PARTE APPLICATION FOR ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS; [PROPOSED] ORDER |

APPLICATION

On February 16, 2006, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant as well as the search warrant. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government

///
///
///
///
///
///
///
///

1 | respectfully requests that the application and search warrant for
2 | this matter be unsealed.
3 | DATED: 5/26/06

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
COURTNEY J. LINN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: May 26, 2006

**GREGORY G. HOLLOWS**
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge